UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20444-CV-WILLIAMS

KENNY OSINNOWO,

    Plaintiff,

v.

SHEIN DISTRIBUTION CORP., *et al.*,

    Defendants.

_____/

### ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court *sua sponte* and upon review of Defendants' Notice of Pending, Refiled, Related or Similar Actions. (DE 16.) Pursuant to Internal Operating Procedures 2.06.00 and 2.15.00 of the U.S. District Court for the Southern District of Florida and based on related case 23-CV-20417-RAR, **GOOD CAUSE** exists to transfer this case to the Honorable Rodolfo A. Ruiz, II.

Based on these circumstances, and with the agreement and consent of District Judge Rodolfo A. Ruiz, II, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to Judge Ruiz.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned accepts the transfer of this action. Therefore, it is **ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, 23-cv-20417-RAR, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami Florida, this 31st day of March, 2023.

RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE